UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROVIO ENTERTAINMENT LTD. AND
ROVIO ANIMATION OY,

         Plaintiffs,  CIVIL ACTION
               17-cv-1840 (KPF)

   - against -     **SATISFACTION OF JUDGMENT**

ANGEL BABY FACTORY D/B/A
ANGELBABY_FACTORY., et al.
         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

  WHEREAS, a judgment was entered in the above action on the 13nd day of September, 2017 in favor of Plaintiffs Rovio Entertainment Ltd. and Rovio Animation Oy, and against Defendant Grand Fly Display Products (Shenzhen) Co., Ltd in the amount of $50,000.00, and said judgment having been satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

  THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction on the docket of said judgment against Defendant Grand Fly Display Products (Shenzhen) Co., Ltd.

Dated: March 29, 2019    Respectfully submitted,
New York, New York

            EPSTEIN DRANGEL LLP

            BY: _____
              Ashly E. Sands (AS 7715)
              asands@ipcounselors.com
              60 East 42nd Street, Suite 2520
              New York, NY 10165
              Telephone: (212) 292-5390
              Facsimile: (212) 292-5391
              *Attorney for Plaintiffs*
              *Rovio Entertainment Ltd. and Rovio*
              *Animation Oy*

```
NOAH D. RODMAN
Notary Public, State of New York
Registration #01RO6249146
Qualified in Westchester County
Commission Expires 10/13/2019
```