UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ROVIO ENTERTAINMENT LTD. AND
ROVIO ANIMATION OY,

                               Plaintiffs,        CIVIL ACTION
                                                          17-cv-1840 (KPF)

     - against -                             **SATISFACTION OF JUDGMENT**

ANGEL BABY FACTORY D/B/A
ANGELBABY_FACTORY., *et al.*
                                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, a judgment was entered in the above action on the 13rd day of September, 2017 in favor of Plaintiffs Rovio Entertainment Ltd. and Rovio Animation Oy. and against Defendant Shenzhen Sixiang Printing Co., Ltd. in the amount of $50,000.00, and said judgment having been satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction on the docket of said judgment against Defendant Shenzhen Sixiang Printing Co., Ltd..

Dated: June 3, 2019                Respectfully submitted,
New York, New York

                                              EPSTEIN DRANGEL LLP

                                              BY: _____
                                                          Ashly E. Sands (AS 7715)
                                                          asands@ipcounselors.com
                                                          60 East 42nd Street, Suite 2520
                                                          New York, NY 10165
                                                          Telephone:   (212) 292-5390
                                                          Facsimile:    (212) 292-5391
                                                          *Attorney for Plaintiffs*
                                                          *Rovio Entertainment Ltd. and Rovio*
                                                          *Animation Oy*

NOAH D. RODMAN
Notary Public, State of New York
Registration #01RO6249146
Qualified In Westchester County
Commission Expires 10/17/2019